IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCINE W. BOULANGER,

      Plaintiff,                    No. CIV S-07-0849 DAD

      v.

MICHAEL J. ASTRUE,              ORDER
Commissioner of Social Security,

      Defendant.
_____/

        Plaintiff filed a motion for summary judgment on December 6, 2007.  The motion was served electronically on both of the attorneys who were at that time attorneys of record for the Social Security Administration's Office of General Counsel for Region IX.  Pursuant to the court's scheduling order filed on May 7, 2007, defendant was required to file any opposition to plaintiff's motion within 20 days from service of the motion.  More than 45 days have passed, and no opposition has been filed.  On January 22, 2008, the law clerk for the undersigned placed a courtesy call to one of the two attorneys of record for the Social Security Administration and left a voice message concerning defendant's overdue opposition.  The court has received no reply to the message, and defendant has not filed a motion for leave to file opposition out of time.  The docket reflects, however, that on January 23, 2008, the attorney for whom the message was left was terminated as one of defendant's attorneys of record.

1

To avoid further delay, IT IS ORDERED that defendant's overdue opposition to plaintiff's motion shall be filed within fifteen days from the date on which this order is filed and served electronically.

DATED: January 24, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/boulanger0849.ord.ans